Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

```
FILED
CLERK, U.S. DISTRICT COURT
05/09/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY
```

ALFONSO VILLALOBOS

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

KNIGHT AUTO AND TOWING SERVICES LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   8:23-cv-00823-FWS-(DFMx)
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ALFONSO VILLALOBOS |
| Street Address | 6360 ESEINHOWER CT |
| City and County | CHINO, SAN BERNARDINO COUNTY |
| State and Zip Code | CALIFORNIA 91710 |
| Telephone Number | 842-218-0341 |
| E-mail Address | alv12603@live.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | KNIGHT AUTO AND TOWING SERVICES LLC |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 1001 N. LOGAN ST |
| City and County | SANTA ANA, ORANGE COUNTY |
| State and Zip Code | CALIFORNIA, 92703 |
| Telephone Number | 714-338-4750 |
| E-mail Address *(if known)* | alv12603@live.com |

Defendant No. 2

| | |
|---|---|
| Name | n/a |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | n/.a |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | n/a |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fed. Grant and Cooperative Agreement Act of 1977, 41 U.S.C. at 506 (Pub. L. 6. 95-224, Feb. 03, 1978), 1501, Section 7 (a)(b)    Scientific Research

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* none, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* none, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* knight auto and towing services llc, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* Knight Auto and Towing Services LLC, is incorporated under the laws of the State of *(name)* same, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* none, and has its principal place of business in *(name)* county of Orange.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Documents and property including official court evidence is over $75,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In 1976 state of California, Plastic Surgery, Neurological Plasticity and Prosthesis Implementation procedure and immediately following, forced labor without just compensation, and subject of experimental nature and studies also without just compensation since 1976. Last occurrance without listening related cases happened on April 13, 2023, a Self-Incrimination issue in which third parties, unauthorized agents related to the property located on 1500 N. Lemon St., Anaheim, Ca. Tenant, Lowe's Home Improvement business, contacted the Defendant Knight Towing Services and request for Plaintiff's Recreational Vehicle to be impounded unlawfully by failing to first contact the city of Anaheim Police Department and make a report or request any authorized permits by the Vehicles owner in

B.    What date and approximate time did the events giving rise to your claim(s) occur?

On or about April 11th and 12th, City of Anaheim issued two parking violations on private property in violation of city ordinances and on April 13th 2023, an unauthorized security agent at the property located at Lowe's Home Improvement requested RV owner, Plaintiff, Alfonso Villalobos to remove his RV outmof the private property without proper consent or authorizatuon from the property owner, and on May 5th 2023, Plaintiff upon attempting to retrieve his property impounded and towed on April 13th, 2023.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Procedural facts are listed on cases in relation to the same issues filed previously in this court as listed in the Related cases appendix form, due to Neuroplasticity and Prosthesis Implementation, Plaintiff has no privacy or expected some type of privacy as result, others utilizing such application for the main and principle purpose of prosecution of plaintiff, which constitutes Self-Incrimination without a right to remain silent and unable to obtain or expressly waive that right without due process of law, in violation of the 4th and 5th Amendments to the United States Constitution and Incorporated into the 14th Amendment of the United States of America. Other parties involved are listed as defendant[s] in the cases related to the same issues and filed previously in this court as listed in ther Cases Related Appendix.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

In 1976, Plaintiff was only 15 years old and unaware of such imposed mental imparement, since than it has been over 45 years of the plaintiff;s life, in a sense, without a life, persuant to the United States Constitution and the Human Rights Convention at the United Nations, every single human being has a rught, a natural right to being a human and a right to life, which constitutes priceless, Todasy, Plaintiff is running out of time in his quest to get a human life and family, such wasted time or time used or abused by others enjoyment of the plaintiff's fruit of his labor and pain is priceless and its an injury that no money can replace, LIFE, and every single day that passes on, continues to be an injury, an irreparable Injury that no money can compensate for, except, to, compensate Plaintiff's childrren for their pain and suffering and hardship, financial, physical and mental stress.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With all due respect, in this instant action, Plaintiff humbly asks this honorable court to issue a temporary injunction to stop the defendant Knight auto and Towing Services from transfering or selling such Plaintiff's exempted property giving an opportunity for a writ of Cretrorary before judgment on the case merits that are reddressable claims in a court of law, Plaintiff has completed an application and permission for a writ and a writ of execution to be provided to the defendant.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/09/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Alfonso Villalobos

### B. For Attorneys

Date of signing: n/a in proper person

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: